| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>LITTLE, JR., F. A | 2. Court or Organization<br><br>WESTERN DISTRICT OF LOUISIANA | 3. Date of Report<br><br>5/4/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR JUDGE | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date 10/17/1984<br><br>○ Initial ● Annual ○ FInal | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>P.O. BOX 1031<br>ALEXANDRIA, LOUISIANA 71309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

2004 MAY 10 A 10: 29

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | LA.STATE LAW INSTITUTE | PARTIAL REIMBURSEMENT FOR COUNCIL ATTENDANCE |
| 2. | | IN NEW ORLEANS FROM JAN.-JUNE & SEPT.-DEC. |
| 3. | George Mason Law School | Tucson, Az, 6-12 May, The Making of America, |
| 4. | | Seminar, transportation, meals, lodging |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LITTLE,JR., F. A | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. HIBERNIA CORP. | A | Div | L | T | | | | | |
| 2. CENTRAL VT. PUB. SV. | B | Div | K | T | | | | | |
| 3. HAWAIIAN ELECTRIC | B | Div | K | T | | | | | |
| 4. HALLIBURTON CORP. | A | Div | K | T | | | | | |
| 5. EVERGREEN FUND | A | Div | J | T | | | | | |
| 6. Reliant Resources | A | Dividend | J | T | | | | | |
| 7. IBM | A | Div | K | T | | | | | |
| 8. HARRIS CORP. | A | Div | K | T | | | | | |
| 9. BANK AMERICA | B | Div | M | T | | | | | |
| 10. BP-Amoco | A | Div | J | T | | | | | |
| 11. GLAXOSMITHKLINE | B | Div | M | T | | | | | |
| 12. ConocoPhillips | A | Div | J | T | | | | | |
| 13. | | | | | | | | | |
| 14. TIDEWATER MARINE | A | Div | J | T | | | | | |
| 15. TEXAS INDUSTRIES INC. | B | Div | L | T | | | | | |
| 16. Regions Financial | A | Div | J | T | | | | | |
| 17. | | | | | | | | | |
| 18. AMERICAN EXPRESS | A | Div | K | T | | | | | |

1 Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2 Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LITTLE,JR., F. A | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. BRE PROP. | B | Div | K | T | | | | | |
| 20. CYPRESS MINERALS | A | Div | J | T | | | | | |
| 21. AMEREN CORP. | B | Div | K | T | | | | | |
| 22. SOUTHWEST AIRLINES | A | Div | J | T | | | | | |
| 23. EXXONMOBIL | B | Div | L | T | | | | | |
| 24. SBC COMM. | C | Div | K | T | | | | | |
| 25. AT&T | A | Div | J | T | | | | | |
| 26. MLYNCH FUND | D | Div | M | T | | | | | |
| 27. MASS MUTUAL LIFE | A | None | J | T | | | | | |
| 28. CATERPILLAR TRACTOR | A | Div | K | T | | | | | |
| 29. TEMPLETON WORLDWIDE | B | Div | K | T | | | | | |
| 30. BANC ONE CORP | A | Div | K | T | | | | | |
| 31. BANK AMERICA | B | Div | L | T | | | | | |
| 32. JPMORGAN | A | Div | J | T | | | | | |
| 33. Bank America | A | Dist | J. | T | | | | | |
| 34. ALLERGON INC. | A | Div | J | T | | | | | |
| 35. WHITNEY HOLDING | B | Div | L | T | | | | | |
| 36. BANCONE | A | Div | L | T | | | | | |

| Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LITTLE, JR., F. A | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. GENERAL ELECTRIC | A | Div | M | T | | | | | |
| 38. EQUITABLE COMPANIES | A | Div | J | T | | | | | |
| 39. BECKMAN INSTRUMENTS | A | Div | J | T | | | | | |
| 40. BRISTOL MYERS SQUIBB | A | Div | K | T | | | | | |
| 41. WALT DISNEY INC. | A | Div | J | T | | | | | |
| 42. AMERICAN HOME PRODUCTS | A | Dividend | K | T | | | | | |
| 43. HEINZ | A | Dividend | J | T | | | | | |
| 44. | A | | | | | | | | |
| 45. BANCO BILBOA VIZCAYA | A | Dividend | K | T | buy | 2/02 | J | D | |
| 46. ALTRIA | A | Dividend | K | T | | | | | |
| 47. Merrill Lynch Management | C | Dividend | N | T | | | | | |
| 48. HARRIS COMPUTER SYSTEMS CORP. | A | Dividend | J | T | | | | | |
| 49. LEHMAN BROTHERS HOLDING INC. | A | Dividend | J | T | | | | | |
| 50. KEYCORP | A | Dividend | K | T | | | | | |
| 51. ALLERGAN LIGAND | A | Dividend | J. | T | | | | | |
| 52. MOTOROLA, INC. | A | Dividend | J | T | | | | | |
| 53. ROYAL DUT. SHELL | A | Dividend | K | T | | | | | |
| 54. WEYERHAUSER CO. | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LITTLE,JR., F. A | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. HIGHLANDS INSURANCE INC. | A | Dividend | J | T | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. TIME TREND | A | Dividend | K | T | | | | | |
| 59. Merck & Co. | A | Dividend | K | T | | | | | |
| 60. Centerpoint Energy | A | Dividend | J | T | | 9-9 | J | | |
| 61. Advanced Medical Optics | A | Dividend | J | T | | 7-2 | J | | |
| 62. Cleco | A | Dividend | J | T | | 7-2 | J | | |
| 63. Del Monte Foods Co. | A | Dividend | J | T | | 12-02 | J | | |
| 64. Texas Genco Holdings | A | Dividend | J | T | | 12-02 | J | | |
| 65. Comcast Corp. | A | Dividend | J | T | | 12-0 | J | | |
| 66. AT&T Wireless Inc. | A | Dividend | J | T | | 07-0 | J | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | | |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | | |
| | U = Book Value | V = Other | W = Estimated | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LITTLE,JR., F. A | 5/4/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report )

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date 4 May 04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle. N.E.
Washington, D.C. 20544